IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | PO 19-5017-BLG-TJC |
|---|---|
| Plaintiff, | Violation No. 6009958<br>Location Code: M44 |
| vs. | ORDER |
| JENNIFER L. CORTESE, | |
| Defendant. | |

Pending before the Court is the motion of the United States to vacate the bench trial currently set for November 14, 2019, and to set collateral in this matter. (Doc. 13.)  For good cause shown,

IT IS ORDERED that the bench trial currently set for November 14, 2019 at 9:00 a.m., is VACATED.

IT IS FURTHER ORDERED that the forfeiture amount is set at $170.00 in addition to the $30.00 processing fee, for a total amount owing of $200.00.  The defendant may pay this amount in four installments, consisting of $50.00 on the first day of each month from January 2020 through April 2020.

Payments may be made via U.S. Mail to:

> Central Violations Bureau
> P.O. Box 780549
> San Antonio, TX  78278-0549

1

Or, payments may be made online at:

https://www.cvb.uscourts.gov/

IT IS FURTHER ORDERED that the United States' request that the Court set a status hearing is DENIED. If necessary, the Central Violations Bureau will transfer fines in default to the U.S. Department of the Treasury for collection per the Debt Collection Improvement Act of 1996, 31 U.S.C. §§ 3711; 3716.

DATED this 4th day of November, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge